IN THE SUPREME COURT OF NORTH CAROLINA

No. 273A16

Filed 29 September 2017

STATE OF NORTH CAROLINA

v.

JAMISON CHRISTOPHER GOINS

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 789 S.E.2d 466 (2016), reversing an order denying defendant's motion to suppress entered on 15 April 2015 by Judge Stuart Albright, and vacating defendant's guilty plea and judgments entered on 11 May 2015 by Judge Richard S. Gottlieb, all in Superior Court, Guilford County, and remanding the case for further proceedings. Heard in the Supreme Court on 13 June 2017.

> *Joshua H. Stein, Attorney General, by Shawn R. Evans and Kristin J. Uicker, Assistant Attorneys General, for the State-appellant.*
>
> *Drew Nelson for defendant-appellee.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed.

REVERSED.